**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **MELISSA LAWSON,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 5:09-CV-155(HL) |
| | : | |
| **JAMES WELLS, ADMIRAL** | : | |
| **MERCHANTS MOTOR FREIGHT,** | : | |
| **FIRST GUARD INSURANCE COMPANY,** | : | |
| **AND LINCOLN GENERAL INSURANCE** | : | |
| **COMPANY,** | : | |
| | : | |
| Defendants. | : | |

_____

**ORDER**

On March 15, 2010, an order (Doc. 20) was entered instructing the parties to inform the Court of the result of the mediation scheduled for April 1, 2010. The parties have not done so. The parties are again ordered to provide the Court with the requested information not later than May 3, 2010.

**SO ORDERED**, this the 28th day of April, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh