IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**MELISSA LAWSON,** :
:
   Plaintiff, :
:
   v. : Civil Action No. 5:09-CV-155(HL)
:
**JAMES WELLS, ADMIRAL** :
**MERCHANTS MOTOR FREIGHT,** :
**FIRST GUARD INSURANCE COMPANY,** :
**AND LINCOLN GENERAL INSURANCE** :
**COMPANY,** :
:
   Defendants. :
_____

## ORDER

Before the Court is the parties' Joint Motion for Limited Continuance (Doc. 28). Due to the circumstances surrounding Plaintiff's medical condition, the Motion is granted. The case will be set down for trial the week of November 29, 2010. The case will not be continued again.

**SO ORDERED**, this the 18th day of August, 2010.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh